*Friday, January 12, 1996*

## MOTION DOCKET

95–2535. Phillips v. Shiplevy. In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus. Upon consideration thereof,

IT IS ORDERED by the court that a writ of habeas corpus be, and hereby is, allowed, effective January 11, 1996.

IT IS FURTHER ORDERED by the court that the writ shall be served by certified mail upon respondent, Carol Shiplevy, Warden, Lima Correctional Institution, and that the respondent shall make due return of the writ on or before January 31, 1996, as prescribed in R.C. 2725.14.

IT IS FURTHER ORDERED by the court that it is not necessary to convey the prisoner before the court as prescribed in R.C. 2725.12.

IT IS FURTHER ORDERED by the court that petitioner may file a brief in response to respondent's return of the writ within twenty days after the filing of the respondent's return of the writ.

## DISCIPLINARY DOCKET

95–2194. In re Judicial Campaign Complaint Against Carr. This cause is pending before the court as a disciplinary case under Gov.Jud.R. II(5). On January 9, 1996, respondent filed an appeal to this court from the decision issued by the Judicial Commission on November 3, 1995. Respondent accompanied her notice of appeal with a brief and objections.

IT IS ORDERED by the court, *sua sponte*, effective January 11, 1996, that complainant's answer brief shall be due on or before January 24, 1996.

IT IS FURTHER ORDERED by the court, *sua sponte*, that all documents filed with this court in this case shall meet the filing requirements set forth in the Rules of Practice of the Supreme Court of Ohio, including requirements as to form, number, and timeliness of filings.